# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>JONG OCK MAO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CR 06-0061-JVS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __The United States_____, IT IS ORDERED that a detention hearing is set for __Monday, March 31, 2008_____, _____, at __4:00_____ ☐a.m. / ☒p.m. before the Honorable __James V. Selna_____, in Courtroom __10 C_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __March 28, 2008_____

**MARC L. GOLDMAN**
U.S. District Judge/Magistrate Judge